**UNITED STATES BANKRUPTCY COURT**
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re:   Pilar Torres<br>            Debtor, | Chapter: 7<br>Case No: 10–12124<br>Judge Joan N. Feeney |

**NOTICE OF FILING FEE DUE ON MOTION**

On **DECEMBER 15, 2010** you filed a **Motion to Reopen Case Ch 7 (Fee $260.00)** which requires the fee indicated. Please submit your payment by **DECEMBER 30, 2010 .**

Date: 12/16/10

By the Court,

David Krinsky
Deputy Clerk
617–748–5321

**PLEASE RETURN THIS FORM WITH YOUR PAYMENT**

**NOTE: DEBTORS CHECKS ARE NOT ACCEPTED.**

**PLEASE INCLUDE NAME AND CASE NUMBER WITH PAYMENT AND SEND TO ADDRESS CHECKED.**

**FAILURE TO MAKE PAYMENT BY THE DUE DATE MAY RESULT IN DENIAL/DISMISSAL WITHOUT FURTHER NOTICE.**

- ⦿ United States Bankruptcy Court
  John W. McCormack Post Office and Court House
  5 Post Office Square, Suite 1150
  Boston, MA 02109–3945

- ○ United States Bankruptcy Court
  211 Donohue Federal Building
  595 Main Street
  Worcester, MA 01608–2076

- ○ United States Bankruptcy Court
  United States Courthouse
  300 State Street, Suite 220
  Springfield, MA 01105–2925

25 – 22