In re _Pilar Torres_____,
Debtor(s)

Case No. ___10-12124___
(if known)

SECOND AMENDED

# SCHEDULE C-PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:  ☐ Check if debtor claims a homestead exemption that exceeds $146,450.*
(Check one box)
☒ 11 U.S.C. § 522(b) (2)
☐ 11 U.S.C. § 522(b) (3)

| Description of Property | Specify Law Providing each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemptions |
|---|---|---|---|
| Cash on Hand | 11 USC 522(d)(5). | $ 20.00 | $ 20.00 |
| Framingham Municipal Credit Union Checking Account | 11 USC 522(d)(5). | $ 39.69 | $ 39.69 |
| Household Goods and Furnishings | 11 USC 522(d)(3) | $ 1,125.00 | $ 1,125.00 |
| Wearing Apparel | 11 USC 522(d)(3) | $ 350.00 | $ 350.00 |
| Jewelry | 11 USC 522(d)(4) | $ 150.00 | $ 150.00 |
| Personal Injury Claim | 11 USC 522(d)(5)<br>11 USC 522(d)(5).<br>11 USC 522(d)(11)(D)<br>11 USC 522(d)(11)(E) | $ 10,825.00<br>$ 1,090.31<br>$ 21,625.00<br>$ 36,499.96 | $ 65,000.00 |

Page No. __1__ of __1__

* Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.