# District of Massachusetts
# Claims Register

[10-12124 Pilar Torres](#)

|  |  |
|---|---|
| **Judge:** Joan N. Feeney | **Chapter:** 7 |
| **Office:** Boston | **Last Date to file claims:** |
| **Trustee:** Joseph Braunstein | **Last Date to file (Govt):** |

| Creditor: (18023889)<br>American InfoSource LP as agent for<br>RJM Acquisitions, LLC as assignee of<br>Td Banknorth<br>PO Box 268850<br>Oklahoma City, OK 73126-8850 | **Claim No: 1**<br>*Original Filed Date*: 04/21/2011<br>*Original Entered Date*: 04/21/2011 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Hogan, Blake<br>*Modified:* |
|---|---|---|
| Unsecured claimed: $228.20<br>**Total claimed: $228.20** | | |
| *History:*<br>Details  1-1  04/21/2011 Claim #1 filed by American InfoSource LP as agent for, total amount claimed: $228.2 (Hogan, Blake ) | | |
| *Description:* | | |
| *Remarks:* | | |

| Creditor: (18054427)<br>First Resolution Investment Corporation<br>5190 Neil Rd., Suite 430<br>Reno, NV 89502 | **Claim No: 2**<br>*Original Filed Date*: 05/10/2011<br>*Original Entered Date*: 05/10/2011 | *Status:*<br>*Filed by:* CR<br>*Entered by:* ras,<br>*Modified:* |
|---|---|---|
| Unsecured claimed: $3440.04<br>**Total claimed: $3440.04** | | |
| *History:*<br>Details  2-1  05/10/2011 Claim #2 filed by First Resolution Investment Corporation, total amount claimed: $3440.04 (ras) | | |
| *Description:* | | |
| *Remarks:* | | |

| Creditor: (18095556)<br>Midland Credit Management, Inc.<br>8875 Aero Drive, Suite 200<br>San Diego, CA 92123 | **Claim No: 3**<br>*Original Filed Date*: 06/08/2011<br>*Original Entered Date*: 06/08/2011 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Korschun, S. Blair<br>*Modified:* |
|---|---|---|
| Unsecured claimed: $639.64<br>Secured claimed: $0.00<br>Priority claimed: $0.00<br>Unknown claimed: $0.00<br>**Total claimed: $639.64** | | |
| *History:*<br>Details  3-1  06/08/2011 Claim #3 filed by Midland Credit Management, Inc., total amount claimed: $639.64 (Korschun, S. Blair ) | | |
| *Description:* | | |
| *Remarks:* | | |

| Creditor: (17426442)<br>NSTAR Electric<br>P.O. Box 4508<br>Woburn, MA 01888-4508 | **Claim No: 4**<br>*Original Filed Date*: 06/25/2011<br>*Original Entered Date*: 06/25/2011 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Alvarez, Marilena<br>*Modified:* |
|---|---|---|

| Unsecured claimed: $240.32<br>**Total       claimed: $240.32** |
|---|
| *History:*<br>Details  4-1  06/25/2011 Claim #4 filed by NSTAR Electric, total amount claimed: $240.32 (Alvarez, Marilena ) |
| *Description:* (4-1) Electricity Provided |
| *Remarks:* |

| Creditor: (18122067)<br>Capital Recovery III LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | **Claim No: 5**<br>*Original Filed Date*: 06/29/2011<br>*Original Entered Date*: 06/29/2011 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Singh, Ramesh<br>*Modified:* |
|---|---|---|

| Unsecured claimed: $5098.15<br>**Total       claimed: $5098.15** |
|---|
| *History:*<br>Details  5-1  06/29/2011 Claim #5 filed by Capital Recovery III LLC, total amount claimed: $5098.15 (Singh, Ramesh ) |
| *Description:* |
| *Remarks:* (5-1) Citibank - Citi-Sears |

### Claims Register Summary

**Case Name:** Pilar Torres
**Case Number:** 10-12124
**Chapter:** 7
**Date Filed:** 03/01/2010
**Total Number Of Claims:** 5

|  | Total Amount Claimed | Total Amount Allowed |
|---|---|---|
| **Unsecured** | $9646.35 | |
| **Secured** | $0.00 | |
| **Priority** | $0.00 | |
| **Unknown** | $0.00 | |
| **Administrative** | | |
| **Total** | **$9646.35** | **$0.00** |